Scott J. Sagaria (SBN 217981)
SJSagaria@sagarialaw.com
Elliot W. Gale (SBN 263326)
EGale@sagarialaw.com
Joe Angelo (SBN 268542)
JAngelo@sagarialaw.com
Scott M. Johnson (SBN 287182)
SJohnson@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste 200
Roseville, CA 95661
Telephone:     408-279-2288
Facsimile:     408-297-2299

Attorneys for Plaintiff
Vincent Chetty

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| Vincent Chetty,<br><br>             Plaintiff,<br><br>  v.<br><br>CitiBank, N.A.,<br><br>             Defendant. | Case No.: 2:18-cv-00125-JAM-EFB<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANT CITIBANK, N.A. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** |

   **PLEASE TAKE NOTICE** that Plaintiff Vincent Chetty, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses defendant CitiBank, N.A. with prejudice, as to all claims in this action.

   Federal Rule of Civil Procedure 41(a)(1) provides, in relevant in part:

   41(a) Voluntary Dismissal

   (1) By the Plaintiff

      a) Without a Court Order.  Subject to Rules 23(3), 23.1(c), 23.2 and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL-1-

(1) A notice off dismissal before the opposing party either serves an answer or a motion for summary judgment.

Defendant CitiBank, N.A. has neither answered Plaintiff's Complaint nor filed a motion for summary judgment. Accordingly, the matter may be dismissed against it for all purposes and without an Order of the Court.

DATED: July 11, 2018  **Sagaria Law, P.C.**

By: */s/ Elliot Gale*
Elliot W. Gale, Esq.
Attorney for Plaintiff Vincent Chetty